# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| Harold N. Martin, | ) | C/A No.: 6:15-cv-4783 DCN KFM |
| Petitioner, | ) | |
| vs. | ) | **ORDER** |
| Warden of FCI-Edgefield, | ) | |
| Respondent. | ) | |

On May 10, 2016, this court issued an Order adopting the Magistrate Judge's Report and Recommendation and dismissed this action without prejudice for failure to bring the case into proper form and to pay the filing fee. On May 11, 2016, judgment was entered in this case by the Clerk of Court. On May 25, 2016, petitioner filed the proper form documents and paid his filing fee. Now therefore,

**IT IS HEREWITH ORDERED** that this court's Order filed on May 10, 2016, dismissing this action without prejudice, and the judgment filed on May 11, 2016 are herewith **VACATED**, and this matter is herewith reopened.

**IT IS FURTHER ORDERED** that this case is **REMANDED** to the Magistrate Judge for further handling.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

June 2, 2016
Charleston, South Carolina